# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL, | Case No. 1:25-cv-01469-JLT-SAB-HC |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 31, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for preliminary injunction. (ECF Nos. 1, 2.) On November 5, 2025, the assigned district judge referred the motion for preliminary injunction for appropriate action. (ECF No. 11.) After the referral, counsel for Petitioner re-filed the motion for preliminary injunction and noticed it for hearing on December 10, 2025, before the undersigned. (ECF No. 12.)

The Court has reviewed the petition for writ of habeas corpus and motion for preliminary injunction. The Court intends to issue findings and recommendations on the merits of the petition for writ of habeas corpus, with the understanding that the Court will also consider any arguments made and exhibits submitted in support of the motion for preliminary injunction. See Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction,

the court may advance the trial on the merits and consolidate it with the hearing."); <u>Dzhabrailov v. Decker</u>, No. 20-CV-3118 (PMH), 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously).

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a single response to the petition for writ of habeas corpus and motion for preliminary injunction; and

2. Within fourteen (14) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **November 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2