# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL,<br><br>      Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>      Respondents. | Case No. 1:25-cv-01469-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

The Clerk of Court is DIRECTED to enter judgment in accordance with the Court's December 8, 2025[1] order and to close the case.

IT IS SO ORDERED.

Dated:  **December 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The order was signed on December 5, 2025, but not docketed until December 8, 2025.