Priya Arvind Patel, SBN 295602 (she/her)
CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
1999 Harrison Street, 18th Floor, Oakland, CA 94612
650-762-8990
priya@ccijustice.org

*Pro Bono Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VISHAL,

    Petitioner-Plaintiff,

    v.

CHRISTOPHER CHESTNUT, in official capacity as Warden of California City Detention Facility

SERGIO ALBARRAN, in official capacity, Acting San Francisco Field Office Director, U.S. Immigration and Customs Enforcement;

TODD LYONS, in official capacity, Acting Director, U.S. Immigration and Customs Enforcement;

KRISTI NOEM, in official capacity, Secretary of the U.S. Department of Homeland Security; and

PAM BONDI, in official capacity, Attorney General of the United States,

    Respondents-Defendants.

Case No. 1:25-cv-01469-SAB

**ORDER SETTING STIPULATED BRIEFING DEADLINES FOR PETITIONER'S MOTION FOR ATTORNEY'S FEES**

**ORDER**

Having considered Petitioner-Plaintiff Vishal's Motion for Attorney's Fees and Unopposed Request to Delay Briefing, (ECF No. 23), IT IS HEREBY ORDERED THAT:

Petitioner-Plaintiff's supplemental argument and evidence is due June 4, 2026. Respondents' response to the supplemented Motion is due June 18, 2026. Petitioner-Plaintiff's optional reply is due June 25, 2026. Should the parties reach an agreement before June 4, 2026 they shall promptly file a joint notice; should the parties instead require additional time beyond June 4 to continue good faith settlement negotiations they may file a request for a further delayed stipulated briefing schedule.

IT IS SO ORDERED.

Dated:    **March 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge