# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL, | Case No. 1:25-cv-01469-SAB-HC |
| Petitioner, | ORDER GRANTING JOINT REQUEST FOR FURTHER DELAYED STIPULATED BRIEFING SCHEDULE FOR PETITIONER-PLAINTIFF VISHAL'S MOTION FOR ATTORNEY'S FEES |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | (ECF No. 25) |

Having considered the parties' Joint Request for Further Delayed Stipulated Briefing, (ECF No. 25), IT IS HEREBY ORDERED THAT:

1. Petitioner-Plaintiff's supplemental argument and evidence is due August 4, 2026.

2. Respondents' response to the supplemented Motion is due August 18, 2026.

3. Petitioner-Plaintiff's optional reply is due August 25, 2026.

4. Should the parties reach an agreement before August 4, 2026 they shall promptly file a joint notice; should the parties instead require additional time beyond August 4 to continue good faith settlement negotiations they may file a request for a further delayed stipulated briefing schedule.

IT IS SO ORDERED.

Dated:   **May 22, 2026**
_____

STANLEY A. BOONE
United States Magistrate Judge